RICHARD T. WILSON and Another, Respondents, v. BENNETT GOLDBERG, Appellant.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

EDWARD W. EVERETT, Respondent, v. JAMES A. CAREY, Appellant.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ALDEN V. MEEKS, Appellant, v. HENRY GRAVIER, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

EMPIRE TRUST COMPANY, Appellant, v. THE PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

MOSES H. MAGNUS, Appellant, v. ROYAL JEWELRY MANUFACTURING COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.; Clarke, P. J., dissented.

MAX YUDITZ, an Infant, etc., by MEYER YUDITZ, His Guardian ad Litem, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant. MEYER YUDITZ, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgments and orders reversed and new trials ordered, with costs to appellant to abide event, upon the ground that the verdict was against the weight of the evidence. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ANNIE ALKOFF, Respondent, v. ANNIE SCHACHT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

GUISEPPI LOBOSCO, an Infant, by His Guardian ad Litem, ANDREA LOBOSCO, Appellant, v. JENNIE GOTTLIEB, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event, on the ground that there was some evidence to go to the jury upon the question of defendant's negligence and plaintiff's freedom from contributory negligence. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ; Clarke, P. J., dissented.

MARY BARRETT, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

MARIE ETHEL BARKER, Respondent, v. FRANK G. SHATTUCK COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to the sum of $1,500, in which event the judgment as so reduced and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.; Clarke, P. J., and Scott, J., dissented and voted for reversal.